FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JAN 30 PM 3: 46

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 1:17-cr-00035-DHB-BKE-2 |
| ) | |
| AUDRA ROPER ) | |
| ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by counsel for Audra Roper in the above-referenced case for February 19, 2018 through and including February 23, 2018 and April 2, 2018 through and including April 6, 2018, the same is hereby GRANTED.

It is so ORDERED this 30th day of January, 2018.

_____
THE HONORABLE DUDLEY H. BOWEN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1