IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 APR 30  PM 4: 38
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CASE NO.: 1:17-cr-00035-DHB-BKE-2 |
| ) | |
| AUDRA ROPER      ) | |
| ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by counsel for Audra Roper in the above-referenced case for Thursday, May 31, 2018 through and including Friday, June 1, 2018 and Monday, June 18, 2018 through and including Tuesday, June 26, 2018, the same is hereby GRANTED.

It is so ORDERED this 30th day of April, 2018.

_____
THE HONORABLE DUDLEY H. BOWEN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1