FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 JUL -9 PM 3: 06
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 1:17-cr-00035-DHB-BKE-2 |
| ) | |
| AUDRA ROPER ) | |
| ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by counsel for Audra Roper in the above-referenced case for Monday, July 23, 2018 through and including Friday, July 27, 2018, Friday, August 10, 2018, and Friday, October 5, 2018 through and including Friday, October 12, 2018, the same is hereby GRANTED.

It is so ORDERED this 9th day of July, 2018.

_____
THE HONORABLE DUDLEY H. BOWEN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1