IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 1:17-cr-00035-DHB-BKE-2 |
| ) | |
| AUDRA ROPER ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by counsel for Audra Roper in the above-referenced case for Friday, February 14, 2020 through and including Monday, February 17, 2020, and Monday, April 6, 2020 through and including Friday, April 17, 2020, the same is hereby GRANTED.

It is so ORDERED this _14th_ day of January, 2020.

_____
THE HONORABLE DUDLEY H. BOWEN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1