FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 MAR -4 AM 11: 21
CLERK J. Hodges
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 1:17-cr-00035-DHB-BKE-2 |
| ) | |
| AUDRA ROPER ) | |
| ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by counsel for Audra Roper in the above-referenced case for Tuesday, May 26, 2020 through and including Friday, May 29, 2020, the same is hereby GRANTED.

It is so ORDERED this _____ day of March, 2020.

_____
THE HONORABLE DUDLEY H. BOWEN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1